UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA- FORT LAUDERDALE DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　　CASE NO. 16-12267-RAM
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
ANNA LOUISE BAZILE,

　　　　Debtor.
_____/

## MOTION TO VACATE MORTGAGE MODIFICATION MEDIATION ORDER

　　　　**COMES NOW**, BSI FINANCIAL SERVICES, as servicing agent for HMC ASSETS, LLC, solely in its capacity as separate trustee of CAM X Trust ("**Secured Creditor**"), by and through its undersigned counsel, and files its Motion to Vacate Mortgage Modification Mediation Order. In further support of its position, Secured Creditor states and alleges as follows:

　　　　1.　　Anna Louise Bazile ("**Debtor**"), filed the instant Chapter 13 case on February 18, 2016.

　　　　2.　　Secured Creditor holds a security interest in the real property located at **1250 NE 159th Street, North Miami Beach FL, 33162 (the "Property").**

　　　　3.　　On March 1, 2016, Debtor filed a Motion for Referral to Mortgage Modification Mediation (DE # 15).

　　　　4.　　The Mortgage Modification Mediation Order (DE # 18) was granted on March 2, 2016.

　　　　5.　　Counsel for Secured Creditor reached out to Debtor's Counsel's office on March 22, 2016 and May 2, 2016 in an attempt to resolve to have BSI designated in the DMM portal. See email communications to Debtor's Counsel's office attached as **Composite Exhibit "A"**.

　　　　6.　　To date, Counsel for Secured Creditor have not received a response from Debtor's Counsel's office.

7. Based on Debtor's Counsel's conduct, Secured Creditor should not obligated to enter into Mortgage Modification Mediation under these circumstances. Secured Creditor therefore asserts that the Order should be vacated.

**WHEREFORE**, Secured Creditor respectfully requests the Court vacate the Mortgage Modification Mediation Order and for any other and further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid, on this 13th day of May, 2016 to:

*Debtor*
**Anna Louise Bazile**
1250 NE 159 St
North Miami Beach, FL 33162

**Samuel S. Sorota, Esq**
801 N.E. 167 St #308
North Miami, FL 33162

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

DELUCA LAW GROUP, PLLC
Attorney for Secured Creditor
2101 NE 26th Street
Fort Lauderdale, Florida 33305
Phone: (954) 368-1311
Fax: (954) 200-8649
Email: mhinton@delucalawgroup.com

MAURICE D. HINTON
FBN: 26215