**Maurice Hinton**

**From:** Tanisha Barr
**Sent:** Tuesday, March 22, 2016 4:14 PM
**To:** ssorota@bellsouth.net
**Cc:** Maurice Hinton; Keesha Robertson
**Subject:** BK case #16-12267-RAM - BAZILE, ANNA LOUISE - 1250 NE 159th Street, No. Miami Bch, FL 33162 (our file #16-01068-B)

Dear Counselor:

Please note that this correspondence is being sent to you on behalf of bankruptcy attorney, Maurice Hinton. As you may already know, our firm represents BSI Financial Services in the above-referenced bankruptcy matter. BSI Financial Services is the mortgage servicer on the loan that has a security interest in the property known as __1250 NE 159th Street, North Miami Bch, FL 33162__. BSI Financial Services would like to review the loan at issue for loss mitigation options.

To facilitate a loss mitigation review, kindly designate our client as the servicer in the DMM Portal. If there are any other concerns, please email me at tbarr@delucalawgroup.com.

Thank you for your considerations in this matter.

**Tanisha C. Barr**
**Bankruptcy Paralegal**

DLG DeLuca Law Group

2101 NE 26th Street
Fort Lauderdale, Fl 33305
Phone: (954) 368-1311
Fax: (954) 200-8649
tbarr@delucalawgroup.com

1

Composite
Ex. A

**Maurice Hinton**

**From:** Tanisha Barr
**Sent:** Monday, May 2, 2016 2:50 PM
**To:** ssorota@bellsouth.net
**Cc:** Maurice Hinton; Keesha Robertson
**Subject:** BK Case #16-12267-RAM - Bazile, Anna // 1250 NE 159 St., North Miami Bch, FL 33162 (our file #16-01068)

Dear Counselor:

Please note that this correspondence is being sent to you on behalf of bankruptcy attorney, Maurice Hinton. As you may already know, our firm represents BSI Financial Services in the above-referenced bankruptcy matter. BSI Financial Services is the mortgage servicer on the loan that has a security interest in the property known as  1250 NE 159 St., North Miami Bch, FL 33162 . BSI Financial Services would like to review the loan at issue for loss mitigation options.

To facilitate a loss mitigation review, kindly designate our client as the servicer in the DMM Portal. If there are any other concerns, please email me at tbarr@delucalawgroup.com.

Thank you for your considerations in this matter.

**Tanisha C. Barr**
**Bankruptcy Paralegal**



2101 NE 26th Street
Fort Lauderdale, Fl 33305
Phone: (954) 368-1311
Fax: (954) 200-8649
tbarr@delucalawgroup.com

1